LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3893 GAF (VBKx) <br> CV 09-2349 GAF (VBKx) √ | Date | August 12, 2010 |
|---|---|---|---|
| Title | United States of America v. One 2008 Porsche 911 Turbo CP <br> United States of America v. One 2008 Ford Expedition et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

### ORDER TO SHOW CAUSE

The government previously filed status reports in these two matters and indicated that "the claim and answer process" for fraud victims who "may have claims to an interest in the defendant vehicles" would "be complete" in approximately May 2010. (No. CV 09-2349 GAF (VBKx), Docket No. 17; No. CV 09-3893 GAF (VBKx), Docket No. 15.)  The Court therefore ordered the government to file status reports "describing the results of the notification process" no later than May 14, 2010.  (Id.)

To date, the Court has not received any further status reports from the government. Therefore, the government is **ORDERED TO SHOW CAUSE, no later than August 23, 2010**, why the Court should not dismiss both of these suits for lack of prosecution.  Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962) (court has inherent power to dismiss sua sponte for lack of prosecution).

The filing of a supplemental memorandum that: (1) describes the results of the notification process; and (2) explains the government's delay in responding to the Court's prior orders, shall constitute an adequate response to this order to show cause.

**Failure to respond to this order shall constitute consent to dismissal of both cases.**

**IT IS SO ORDERED.**